IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Michael Morgan,<br>  Petitioner,<br>vs.<br>Charles L. Ryan, et. al.,<br>  Respondents. | No. CV-10-2215-PHX-ROS<br>**ORDER** |

On November 28, 2011, the magistrate judge issued a Report and Recommendation. (Doc. 38). Plaintiff has not objected to the Report and Recommendation. No objections being made, the Court will adopt the Report and Recommendation in full.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Where any party has filed timely objections to the magistrate judge's report and recommendations, the district court's review of the part objected to is to be *de novo. Id.*; *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, but not otherwise.") (internal quotations and citations omitted).

Accordingly,

**IT IS ORDERED** the Report and Recommendation **(Doc. 38)** is **ADOPTED**.

1 **IT IS ORDERED** the Petitioner for Writ of Habeas Corpus **(Doc. 1)** is **DISMISSED WITH PREJUDICE** as time barred.

**IT IS ORDERED** a Certificate of Appealability and leave to proceed *in forma pauperis* on appeal is denied because the denial of the motion is justified by a plain procedural bar.

DATED this 16th day of December, 2011.

Roslyn O. Silver
Chief United States District Judge